**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Donnell HATCHER, a.k.a. D, a.k.a. Darnell, Defendant–Appellant.**

**No. 11–10211.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 9, 2012.*

Filed Oct. 16, 2012.

Laurie K. Gray, Esquire, Assistant U.S., Barbara Valliere, Assistant U.S., Office Of The U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

Peter Arthur Furst, Esquire, Furst & Pendergast LLP, San Francisco, CA, for Defendant–Appellant.

Before: RAWLINSON, MURGUIA, and WATFORD, Circuit Judges.

MEMORANDUM ***

Donnell Hatcher appeals from his guilty-plea conviction and 240–month sentence for possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hatcher's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hatcher the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.